# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LLOYD EMERSON EARL PALMER II**            **PLAINTIFF**

v.            No: 4:18-cv-00227 SWW-PSH

**REIDMUELLER,** *et al.*            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Palmer's claims are dismissed without prejudice for failure to comply with Local Rule 5.5 and for failure to state a claim upon which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

DATED this 20th day of July, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE