IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LLOYD EMERSON EARL PALMER II**                                    **PLAINTIFF**

v.                              No: 4:18-cv-00227 SWW-PSH

**REIDMUELLER,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 20th day of July, 2018.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE